324

COM.

v.

SANCHES, R.

1164 WDA 2016

Superior Court of Pennsylvania.

03/17/2017

CP–25–CR–0001914–2013
(Erie)

Remanded

COM.

v.

CAMPBELL, J.

1277 WDA 2016

Superior Court of Pennsylvania.

03/17/2017

CP–25–CR–0000731–2016
(Erie)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

REDMAN, L.

1363 WDA 2016

Superior Court of Pennsylvania.

03/17/2017

CP–65–CR–0003824–2011
(Westmoreland)

Affirmed

BARNES, R.

v.

PHL RENTAL PROPERTIES, LLC

2692 EDA 2015

Superior Court of Pennsylvania.

03/20/2017

000877 February Term, 2014 (Philadelphia)

Affirmed